# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF KANSAS (KANSAS CITY)

| | |
|---|---|
| In re: | ) Case No.: 19-22241-RDB |
| | ) Chapter 13 |
| Scott Allen Halsey | ) |
| Teresa Marie Halsey | ) |
| | ) Hearing Date: December 17, 2019 |
| Debtor(s) | ) |
| | ) Hearing Time: 9:30 a.m. |
| WILMINGTON SAVINGS FUND | ) |
| d/b/a Christiana Trust, | ) |
| Not Individually But As Trustee For | ) |
| Pretium Mortgage Acquisition Trust | ) |
| | ) |
| Movant | ) |

## OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN

WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a Christiana Trust, Not Individually But As Trustee For Pretium Mortgage Acquisition Trust, Servicer Selene Finance LP, ("Secured Creditor"), by and through its undersigned counsel, objects to confirmation of Debtors' Chapter 13 Plan (Doc. #6), and states as follows:

1. Debtors, Scott Allen Halsey and Teresa Marie Halsey ("Debtors"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on October 21, 2019.

2. Secured Creditor holds a security interest in the Debtors' real property located at 18050 Kreider Rd., Linwood, Kansas 66052, by virtue of a duly recorded Mortgage. Said Mortgage secures a Note with a current principal balance owing of $387,408.81.

3. The Chapter 13 Plan includes payments on the arrearage owed on the Note and Mortgage with Secured Creditor, however the figures used by the Debtors are inaccurate. It is anticipated that Secured Creditor's claim will show the pre-petition arrearage due Secured Creditor is $185,904.23, whereas the Plan proposes to pay only $95,000.00. Therefore, the Plan is not in compliance with the requirements of 11 U.S.C. §§ 1322(b)(3) and 1325(a)(5), does not appear to be feasible, and cannot

Case 19-22241    Doc# 18    Filed 11/25/19    Page 1 of 2

1

be confirmed.  Secured Creditor objects to any plan which proposes to pay it anything less than $185,904.23 as the pre-petition arrearage.

**WHEREFORE**, Secured Creditor respectfully requests this Court sustain the objections stated herein and deny confirmation of Debtor's Plan, and for such other and further relief as the Court may deem just and proper.

Respectfully submitted,

 s/  Jill D. Olsen
Jill D. Olsen        KS #20105
The Olsen Law Firm, LLC
118 N. Conistor Ln, Suite B #290
Liberty, MO  64068
(816) 521-8811  Phone
(816) 278-9493  Fax
E-mail: jill@olsenlawkc.com
ATTORNEY FOR WILMINGTON SAVINGS FUND

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served electronically to those parties who have entered an appearance in the court's Electronic Court Filing (ECF) System and conventionally, via first-class mail, postage prepaid, to those parties below who have requested notice but are not participating in the ECF System, on the 25th day of November, 2019.

 s/  Jill D. Olsen
Attorney of Record

Nancy Leah Skinner
ATTORNEY FOR DEBTORS

William H. Griffin
CHAPTER 13 TRUSTEE

Scott Allen Halsey
Teresa Marie Halsey
18050 Kreider Rd.
Linwood, KS  66052
DEBTORS