IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF KANSAS

IN RE:

    Scott Allen Halsey
    Teresa Marie Halsey
        Debtors          Case No: 19-22241-13

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

**COMES NOW** the Chapter 13 Trustee, W.H. Griffin, and hereby Objects to the Debtors' Chapter 13 Plan filed on October 21, 2019. In support of the Trustee's Objection, the court is advised as follows:

1. The plan is not feasible with the arrears claim filed by Selene Finance. The plan payments must increase to $6,100.00 per month for the plan to be feasible.

Until the Debtors' Chapter 13 Plan is modified where appropriate to resolve the Trustee's Objection, the Trustee prays the Court deny confirmation of the Debtors' Plan as proposed.

**WHEREFORE**, the Chapter 13 Trustee hereby objects to the Debtors' Chapter 13 Plan as proposed for the reasons more fully outlined herein.

        s/ W.H. Griffin, Chapter 13 Trustee
        W.H. Griffin #08060
        5115 ROE BLVD
        SUITE 200
        ROELAND PARK, KS 66205-2393
        (913)-677-1311
        (913)-432-7857 (Fax)
        inquiries@13trusteekc.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the Debtors and Debtors' Attorney will be served either electronically or via U.S. mail.

        s/ W.H. Griffin, Chapter 13 Trustee
        W.H. Griffin #08060
        5115 ROE BLVD
        SUITE 200
        ROELAND PARK, KS 66205-2393
        (913)-677-1311
        (913)-432-7857 (Fax)
        inquiries@13trusteekc.com

Scott Allen Halsey
Teresa Marie Halsey
18050 Kreider Rd
Linwood, KS 66052